IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Manolin Jason Mercado,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Prime 570, Inc., *et al.*,<br>　　　　　　Defendants. | No.  3:11-cv-2315<br><br>(Judge Conaboy) |

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

　　　　1.　　　This action was brought by a quadriplegic Plaintiff against multiple Defendants and involves dozens of fact and expert witnesses for Plaintiff and Defendants.

　　　　2.　　　The parties have been diligently working on completing discovery.  In addition to actively conducting written discovery, over 25 depositions of witnesses have been conducted in Allentown, Easton, New York, Scranton and Stroudsburg.

　　　　3.　　　Although all counsel have been extremely cooperative with scheduling, approximately seven more depositions, including Plaintiff's deposition, need to be taken because, *inter alia*, Plaintiff became ill and was hospitalized for over two weeks and certain counsel were attached for trial.

　　　　4.　　　Accordingly, the parties jointly request that the Court enter the proposed Joint Stipulated Amended Case Management Order extending the deadlines for discovery and amendments to pleadings by 45 days, and extending the deadlines for experts' reports by 30 days.

5. These extensions will <u>not</u> interfere with the scheduled trial date, which is October 7, 2013.

WHEREFORE, the parties respectfully request that the Court grant their joint motion and enter the attached proposed Order.

Respectfully submitted,

/s/
Robert W. Sink, Esquire
Law Offices of Robert W. Sink
1800 J.F.K. Boulevard, 14th Floor
Philadelphia, PA 19103
Tel:   (215) 995-1000
Fax:   (215) 475-4600
Attorney for Plaintiff,
Manolin Jason Mercado

/s/
Zygmunt R. Bialkowski, Jr., Esquire
Margolis Edelstein
220 Penn Avenue, Suite 305
Scranton, PA 18503
Tel:   (570) 342-4231
Fax:   (570) 342-4841
Attorney for Defendant,
Prime 570, Inc. d/b/a/ Pub 570

/s/
John Hendrzak, Esquire
Hendrzak & Lloyd
3701 Corporate Center Parkway
Suite 100
Center Valley, PA 18034
Tel:   (610) 709-8705
Attorney for Defendant,
Prime 570, Inc. d/b/a/ Pub 570

/s/ _____
Richard B. Wickersham, Esquire
Robert Balch, Esquire
Post & Schell, PC
Four Penn Center, 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
Tel: (215) 587-1000
Fax: (215) 320-4145
Attorneys for Defendant,
Brittany Marie DeBias

/s/ _____
William M. Connor, Esquire
Michael Malin, Esquire
Christie, Pabarue, Mortensen and Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
Tel: (215) 587-1600
Fax: (215) 587-1699
Attorney for Defendant,
PJJLN Enterprises, LLC d/b/a Sticks N Stones Bar and Grill

/s/ _____
James Pyrah, Esquire
Pyrah/Stevens LLC
Riverside Commons
575 Pierce Street, Suite 303
Kingston, PA 18704
Tel: (570) 718-4900
Fax: (570) 718-4901
Attorney for Defendant,
Eight Wonders of the Poconos, Inc. t/a Mullers Family Restaurant

Date: April 25, 2013