IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Manolin J. Mercado  :
:
:
:
   Plaintiff,  : (Judge Conaboy)
vs.  :
  :3:11-CV-2315
Prim 570, Inc.  :
d/b/a Pub 570, et al.  :
  :
   Defendants.  :

FILED
SCRANTON

SEP 30 2013

PER____cR____
DEPUTY CLERK

ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if the settlement is not consummated.

/s/ Richard P. Conaboy
Richard P. Conaboy
United States District Judge

DATE: September 30, 2013